THE CAVANAGH LAW FIRM
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004
(602) 322-4000
www.cavanaghlaw.com

Randy Nussbaum (SBN 006417)
rnussbaum@cavanaghlaw.com
Todd Tuggle (SBN 020948)
ttuggle@cavanaghlaw.com
Fax: 602-322-4100
*Attorneys for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>LASEN, INC.,<br><br>SKYSKOPES, INC.,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No.2:25-bk-05316-BKM<br><br>Jointly administered with<br><br>Case No. 2:25-bk-05420-BKM |
| Elizabeth Rodriguez, Kevin Powers, Blake Norris, and Raymond Berry, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SkySkopes, Inc., LaSen, Inc., Daniel Daffinrud, Jeffrey Farstad, Gary Perschbacher, Timothy Goolsby, and Does 1-50.<br><br>Defendants. | **NOTICE OF REMOVAL** |

Lasen, Inc. ("Lasen") and Skyskopes, Inc. ("Skyskopes")(and collectively the "Debtors") as Defendants in the above entitled case, currently pending in the United States District Court for the District of Arizona, Case No. 2:25-cv-01980-DJG (the "Removed Case") hereby remove the Removed Case to the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court").

**Entitlement to Removal.**

The Removed Case was commenced in the United States District Court for the District of Arizona (the "District Court") on June 6, 2025. On June 11, 2025, (the "Lasen Petition Date") defendant Lasen filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona, as Case No. 2:25-bk-05361-BKM. On June 13, 2025 (the "SkySkopes Petition Date") defendant SkySkopes filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona, as Case No. 2:25-bk-05420-DPC. On June 18, 2025, the Bankruptcy Court entered an order approving the motion for joint administration ordering that the cases shall be jointly administered under Case No. 2:25-bk-05316-BKM.

The Removed Case is a case related to the Bankruptcy Case. As such, the United States District Court for the District of Arizona has jurisdiction of the Removed Case pursuant to 28 US.C. 1334(b). Therefore, pursuant to 28 U.S.C. § 1452(a), the Removed Case may be removed to the District Court.

Pursuant to 28, U.S.C. § 157, the District Court may refer the Removed Case to the bankruptcy judges for the district. By its General Order 128, the District Court has referred

to the bankruptcy judges for this district all cases under Title 11 and all proceedings under Title 11 or arising in or related to a case under Title 11. That includes the Removed Case.

As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is being filed within 90 days after he order for relief in the Bankruptcy Case.

**Core Status of Removed Case.**

The Removed Case is a core proceeding within the meaning of 28 U.S.C. § 157(b). Pursuant to 28 U.S.C. § 157(c)(2), the Debtors do consent to the District Court's referral of the Removed Case to the Bankruptcy court to hear and determine and to enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158. Pursuant to Bankruptcy Rule 9027(a)(1), the Debtors consent to the entry of final orders of judgments by the bankruptcy judge.

**Process and Pleadings.**

This notice is accompanied by copies of all process, pleadings (as narrowly defined by F.R.Civ.P. Rule 7(a)) and minute entries and orders filed prior to removal, plus, if available, a copy of the docket for the removed case from the court where the removed case is pending.

**Filing in District Court.**

Promptly after the filing hereof, the undersigned shall file a copy of this notice with

…..

…..

….

the Clerk of the United States District Court for the District of Arizona.

DATED: July 7, 2025.

**THE CAVANAGH LAW FIRM P.A.**

By: */s/ Randy Nussbaum*
Randy Nussbaum
Todd Tuggle
*Attorneys for Debtors*

COPY of the foregoing sent
On July 7, 2025, via email to:

David A. Chami
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (480) 613-7733
E: dchami@consumerjustice.com
*Attorney for Plaintiff*

*/s/ Sandra E. Dousdebes*